```
 1                    UNITED STATES OF AMERICA
                   UNITED STATES DISTRICT COURT
 2                 CENTRAL DISTRICT OF CALIFORNIA
                          WESTERN DIVISION
 3
                               - - -
 4               HONORABLE VIRGINIA A. PHILLIPS
          UNITED STATES CHIEF DISTRICT JUDGE PRESIDING
 5                             - - -

 6
     UNITED STATES OF AMERICA,       )
 7                                   )
            PLAINTIFF,               )
 8                                   )
     VS.                             )   CASE NO.:
 9                                   )   CR 13-183-VAP
     TODD MICHAEL FICETO,            )
10                                   )
            DEFENDANT.               )
11                                   )
     _____)
12

13

14
                 REPORTER'S TRANSCRIPT OF PROCEEDINGS
15                         (P.M. SESSION)

16                   THURSDAY, JUNE 14, 2019

17                    LOS ANGELES, CALIFORNIA

18

19

20

21
                   LAURA MILLER ELIAS, CSR 10019
22               FEDERAL OFFICIAL COURT REPORTER
                 350 WEST FIRST STREET, ROOM 4455
23                  LOS ANGELES, CALIFORNIA 90012
                       PH:   (213)894-0374
24

25
```

```
 1
 2   APPEARANCES OF COUNSEL:
 3
 4   ON BEHALF OF PLAINTIFF:
 5
 6            UNITED STATES ATTORNEY'S OFFICE
 7            BY: SCOTT PAETTY
 8                CASSIE PALMER
 9                IAN YANNIELLO
10                ASSISTANT UNITED STATES ATTORNEYS
11            312 NORTH SPRING STREET
12            LOS ANGELES, CA  90012
13
14   ON BEHALF OF DEFENDANT:
15            BIRD MARELLA
16            BY: GARY S. LINCENBERG, ESQ.
17                THOMAS V. REICHERT, ESQ.
18            1875 CENTURY PARK EAST
19            23RD FLOOR
20            LOS ANGELES, CA 90067
21
22
23
24
25
```

```
                                    INDEX
    WITNESSES FOR
    THE GOVERNMENT:

                           DIRECT      CROSS      REDIRECT      RECROSS
    KIRKA, LUCEE
    BY:  MR. PAETTY                                  18
    BY:  MR. REICHERT                 6

    DANIEL, MATTHEW
    BY:  MR. PAETTY       22                         118
    BY:  MR. REICHERT                70                           122


       EXHIBITS         ADMITTED      EXHIBIT         ADMITTED

         392               31
         451               41
         448               48
         447               51

         397               80
         399              103
         395              111
```

```
 1   A.   So, uh, micro cap stocks are very, very small companies
 2   that have fewer resources, uh, a less proven business plan,
 3   um, and they're just generally more speculative, higher risk
 4   type investments than small cap which are more established
 5   companies.
 6   Q.   And at Sciens were you looking to invest in
 7   micro cap/penny stocks?
 8   A.   That was not our intention.
 9   Q.   Were you aware that the Absolute Funds were invested in
10   penny stocks?
11   A.   No.
12   Q.   And would it have impacted your decision to invest in
13   the Absolute Funds had you known that?
14   A.   Yes.
15   Q.   Would you have invested in the Absolute Funds had you
16   known that?
17   A.   No.
18   Q.   Why not?
19   A.   Because as I mentioned, uh, micro cap stocks are
20   speculative and highly risky, and then in order of magnitude,
21   greater in risk than typical stocks.  And that was not the
22   type of risk profile that we were looking to obtain at the
23   time.  Um, again, it was just too -- too speculative.
24   Q.   When you say order of magnitude, what does that mean to
25   you?
```

## CERTIFICATE OF REPORTER

COUNTY OF LOS ANGELES )
) SS.
STATE OF CALIFORNIA )

I, LAURA ELIAS, OFFICIAL REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT I REPORTED, STENOGRAPHICALLY, THE FOREGOING PROCEEDINGS AT THE TIME AND PLACE HEREINBEFORE SET FORTH; THAT THE SAME WAS THEREAFTER REDUCED TO TYPEWRITTEN FORM BY MEANS OF COMPUTER-AIDED TRANSCRIPTION; AND I DO FURTHER CERTIFY THAT THIS IS A TRUE AND CORRECT TRANSCRIPTION OF MY STENOGRAPHIC NOTES.

DATE: NOVEMBER 18, 2019

/s/ LAURA MILLER ELIAS

LAURA MILLER ELIAS, CSR 10019
FEDERAL OFFICIAL COURT REPORTER